IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN W. WILSON, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC. et. al, <br><br> Defendant. | CIVIL ACTION NO. 20-189 <br><br> NOTICE OF PRAECIPE TO ENTER JUDGEMENT BY DEFAULT (Rule 237.5) |

## NOTICE

FACEBOOK, INC. ET. AL, is in default because of failure to enter a written appearance personally or by attorney and file in writing with the Court defenses or objections to the claims set forth against FACEBOOK, INC. ET. AL. Unless FACEBOOK, INC. ET. AL, acts within ten days from the date of this notice, a judgment may be entered against FACEBOOK, INC. ET AL without a hearing and FACEBOOK, INC. ET. AL may lose important rights.

Dated: 3/10/2020

By: *Steven W. Wilson*

Steven W. Wilson
366 E Gorgas Lane
Philadelphia, PA, 19119
Tel. 215-285-6139
steven.wilsonatc@gmail.com

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| STEVEN W. WILSON <br><br> *Plaintiff(s)* <br> v. <br> FACEBOOK, INC. ET AL. <br><br> *Defendant(s)* | Civil Action No. 20-189 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   STEVEN W. WILSON
366 E. GORGAS LANE
PHILADELPHIA, PA 19119
PRO SE

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____02/05/2020_____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-189

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# .USPS Tracking®

FAQs >

*SUMMONS 2020* (handwritten)

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=U psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

Remove ✕

**Tracking Number:** 70090820000042072320

Your item has been delivered to an agent at 10:40 am on February 15, 2020 in MENLO PARK, CA 94025.

## ✓ Delivered

February 15, 2020 at 10:40 am
Delivered, To Agent
MENLO PARK, CA 94025

---

**Text & Email Updates**  ⌄

---

**Tracking History**  ⌄

---

**Product Information**  ⌃

**Postal Product:** First-Class Mail®

**Features:** Certified Mail™

---

See Less ⌃

Feedback

S. Wilson
366 E. Gorgas Ln
Phila, PA, 19119

PHILADELPHIA
PA 191
10 MAR '20
PM 3 L



Forever USA

James A. Byrne U.S. Courthouse
601 Market Street
Phila, PA, 19106

X-RAY

19106-172999