3/24/2020
SUMMONS REISSUED

**U.S. Postal Service**
**CERTIFIED MAIL- RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WILMINGTON, DE 19808

| | |
|---|---|
| Postage | $3.55 |
| Certified Fee | $2.85 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $7.50 |

03/24/2020
$13.90

Sent To: Corporation Service Company
Street, Apt. No.; or PO Box No. 2711 Centerville Rd. Suite 400
City, State, ZIP+4 Wilmington, DE, 19808

PS Form 3800, Aug. 2006 See Reverse for Instructions

7012 1010 0003 5195 1288

CSC

---

MARKET SQUARE
7782 CRITTENDEN ST
PHILADELPHIA, PA 19118-9998
416575-0137
(800)275-8777
03/24/2020 03:55 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| DocMlr 9.75x12.25 PM 1-Day | 1 | $1.89 | $1.89 |
| | 1 | $7.50 | $7.50 |

(Domestic)
(WILMINGTON, DE 19808)
(Weight:0 Lb 13.60 Oz)
(Expected Delivery Day)
(Wednesday 03/25/2020)
Certified $3.55
(USPS Certified Mail #)
(70121010000051951288)
Return Receipt $2.85
Total: $15.79

Cash $20.00
Change ($4.21)

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to