
UNITED STATES
POSTAL SERVICE

January 14, 2019

Dear Steven Wilson:

The following is in response to your request for proof of delivery on your item with the tracking number: **9510 8163 2208 8100 1308 97**.

## Item Details

| | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | April 12, 2018, 11:13 am |
| Location: | MENLO PARK, CA 94025 |
| Postal Product: | Priority Mail® |
| Extra Services: | Insured |
| | Signature Confirmation™ |
| Actual Recipient Name: | I R |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| Weight: | 1.0oz |

## Destination Delivery Address

| | |
|---|---|
| Street Address: | 1601 WILLOW RD |
| City, State ZIP Code: | MENLO PARK, CA 94025-1452 |

## Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: *[signature]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004