# USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

Tracking Number: 9510816322088100130897

Remove ✕

**On Time**

Expected Delivery on

**THURSDAY**
**12** APRIL 2018 ⓘ
by
**8:00pm** ⓘ

## ✓ Delivered

April 12, 2018 at 11:13 am
Delivered, To Agent
MENLO PARK, CA 94025

Get Updates ⌄

---

Text & Email Updates ⌄

---

Proof of Delivery ⌄

---

Tracking History ⌄

---