# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 9510816322068107138119

Remove ✕

Expected Delivery on

**FRIDAY**

**20** APRIL 2018 ⓘ

by **8:00pm** ⓘ



## Delivered

April 20, 2018 at 11:10 am
Delivered, To Agent
MENLO PARK, CA 94025

Get Updates ∨

---

Text & Email Updates ∨

---

Proof of Delivery ∨

---

Tracking History ∨

---

Product Information ∨