
**UNITED STATES POSTAL SERVICE**

December 31, 2019

Dear Steven Wilson:

The following is in response to your request for proof of delivery on your item with the tracking number: 9510 8163 2208 9200 2221 16.

### Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | July 22, 2019, 9:41 am |
| **Location:** | MENLO PARK, CA 94025 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Insured |
| | Signature Confirmation™ |
| **Actual Recipient Name:** | S S |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

### Shipment Details

| | |
|---|---|
| **Weight:** | 2.0oz |

### Recipient Signature

Signature of Recipient: [signature]

Address of Recipient: [illegible]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004