## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL NO. 2843 |

### NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendant Facebook, Inc. ("Facebook") hereby provides this notice informing the Panel of one "potential tag-along action[ ]" to *In re Facebook, Inc., Consumer Privacy User Profile Litigation*, MDL No. 2843:

1. *Wilson v. Facebook, Inc.*, United States District Court for the Eastern District of Pennsylvania (Philadelphia Division), No. 2:20-cv-00189-GJP (amended complaint filed Mar. 26, 2020).

A schedule of action is attached to this Notice. A copy of the docket sheet and complaint are attached as Exhibit A to this Notice. The complaint shares common questions of fact and law and is premised on the same core issues as the other actions previously transferred by the Panel to Judge Vince Chhabria of the United States District Court for the Northern District of California because the plaintiff's claims arise out of the alleged "Cambridge Analytica Data Breach" and the privacy policies contained in Facebook's "user agreement." *E.g.,* Am. Compl. ¶¶ 10, 23, 26; *see In re: Facebook, Inc., Consumer Privacy User Profile Litig.*, 325 F. Supp. 3d 1362 (J.P.M.L. Jun. 6, 2018) (ordering cases consolidated and describing the actions as arising out of allegations that Cambridge Analytica exploited Facebook's platform to obtain user data). Accordingly, Facebook respectfully requests that the Panel consider the action listed above as a related action for the purposes of this pending Multidistrict Litigation.

DATE:  April 2, 2020                    Respectfully submitted,

                                                       **GIBSON, DUNN & CRUTCHER, LLP**

By:  */s/  Orin Snyder*

Orin Snyder
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel:  212.351.4000
Fax:  212.351.4035
osnyder@gibsondunn.com

Joshua S. Lipshutz
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.955.8217
Fax: 202.530.9614
jlipshutz@gibsondunn.com

Kristin A. Linsley
Martie Kutscher
555 Mission Street, Suite 300
San Francisco, CA 94105
Tel: 415.393.8379
Fax: 415.374.8474
klinsley@gibsondunn.com
mkutscherclark@gibsondunn.com

Deborah Stein
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: 213.229.7164
Fax: 213.229.6164
dstein@gibsondunn.com

*Attorneys for Facebook, Inc.*