**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL NO. 2843 |
|---|---|
| This document relates to: ALL ACTIONS | |

**SCHEDULE OF ACTION (TO BE ADDED TO EXISTING SCHEDULE)**

| **#** | **Case Name** | **District** | **Case No. / Filing Date** | **Assigned Judge** |
|---|---|---|---|---|
| 1 | *Wilson v. Facebook, Inc.* | Eastern District of Pennsylvania (Philadelphia) | No. 2:20-cv-00189-GJP<br>Filed: March 26, 2020 | Hon. Gerald J. Pappert |

DATE: April 2, 2020		Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By: */s/ Orin Snyder*

Orin Snyder
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Joshua S. Lipshutz
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.955.8217
Fax: 202.530.9614
jlipshutz@gibsondunn.com

Kristin A. Linsley
Martie Kutscher
555 Mission Street, Suite 300
San Francisco, CA 94105
Tel: 415.393.8379
Fax: 415.374.8474
klinsley@gibsondunn.com
mkutscherclark@gibsondunn.com

Deborah Stein
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: 213.229.7164
Fax: 213.229.6164
dstein@gibsondunn.com

*Attorneys for Facebook, Inc.*