**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL NO. 2843 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on April 2, 2020, I caused the foregoing documents to be filed with the Clerk of the Court using the Judicial Panel on Multidistrict Litigation's CM/ECF system, which will serve notification of such filing to the email of all counsel of record in this action. I further certify that copies of the foregoing were served on all counsel (or unrepresented parties), and on the Clerk of the Court of the proposed transferor court, by U.S. First Class Mail, postage pre-paid, and by electronic mail, as follows:

Kate Barkman, Clerk of Court
Eastern District of Pennsylvania
United States District Court
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797
PAED_DOCUMENTS@PAED.USCOURTS.GOV

Steven W. Wilson, *pro se* Plaintiff
366 E. Gorgas Lane
Philadelphia, PA 19119
steven.wilsonatc@gmail.com

DATE: April 2, 2020        Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By:  */s/ Orin Snyder*

Orin Snyder
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel:  212.351.4000
Fax:  212.351.4035
osnyder@gibsondunn.com

Joshua S. Lipshutz
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.955.8217
Fax: 202.530.9614
jlipshutz@gibsondunn.com

Kristin A. Linsley
Martie Kutscher
555 Mission Street, Suite 300
San Francisco, CA 94105
Tel: 415.393.8379
Fax: 415.374.8474
klinsley@gibsondunn.com
mkutscherclark@gibsondunn.com

Deborah Stein
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: 213.229.7164
Fax: 213.229.6164
dstein@gibsondunn.com

*Attorneys for Facebook, Inc.*