# EXHIBIT A

STANDARD

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:20-cv-00189-GJP

WILSON v. FACEBOOK, INC. ET AL.
Assigned to: HONORABLE GERALD J. PAPPERT
Cause: 28:1332 Diversity-Property Damage

Date Filed: 01/07/2020
Jury Demand: Plaintiff
Nature of Suit: 380 Personal Property: Other
Jurisdiction: Diversity

**Plaintiff**

**STEVEN W. WILSON**

represented by **STEVEN W. WILSON**
366 E. GORGAS LANE
PHILADELPHIA, PA 19119
Email: steven.wilsonatc@gmail.com
PRO SE

V.

**Defendant**

**FACEBOOK, INC. ET AL.**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/2020 | 1 | COMPLAINT against FACEBOOK, INC. ET AL., filed by STEVEN W. WILSON. (NO FEE PAID; NO IFP FILED)(bw, ) (Entered: 01/13/2020) |
| 01/07/2020 | 2 | PRO SE NOTICE RE:GUIDELINES (bw, ) (Entered: 01/13/2020) |
| 01/07/2020 | | DEMAND for Trial by Jury by STEVEN W. WILSON. (lisad, ) (Entered: 01/13/2020) |
| 02/06/2020 | | 1 Summons Issued as to FACEBOOK, INC. ET AL.. Forwarded To: PRO SE PLAINTIFF on 2/6/2020 as of 1/13/20. (sg, ) Modified on 2/7/2020 (lisad, ). (Entered: 02/06/2020) |
| 03/12/2020 | 3 | NOTICE OF PRAECIPE TO ENTER JUDGMENT BY DEFAULT(RULE 237.5) by STEVEN W. WILSON. (sg, ) (Entered: 03/13/2020) |
| 03/13/2020 | 4 | ORDERED THAT WILSON'S MOTION FOR DEFAULT JUDGMENT (DOC. 3 ) IS DENIED WITHOUT PREJUDICE. IT IS FURTHER ORDERED THAT THE CLERK OF COURT SHALL RE-ISSUE THE SUMMONS AS TO DEFENDANT FACEBOOK. WILSON SHALL RE-SERVE FACEBOOK IN COMPLIANCE WITH F.R.C.P. 4 BY THURSDAY 6/11/2020. SIGNED BY HONORABLE GERALD J. PAPPERT ON 3/13/2020. 3/16/2020 ENTERED AND COPIES MAILED TO PRO SE.(sg, ) (Entered: 03/16/2020) |
| 03/13/2020 | | 1 Summons RE-Issued as to FACEBOOK, INC. ET AL.. Forwarded To: PRO SE PLAINTIFF on 3/16/2020 (sg, ) (Entered: 03/16/2020) |
| 03/26/2020 | 5 | AFFIDAVIT of Service by CERTIFIED MAIL re: served SUMMONS AND COMPLAINT upon FACEBOOK, BY STEVEN WILSON. No envelope included. (Attachments: # 1 EXHIBIT)(sg, ) Modified on 3/27/2020 (lisad, ). (Entered: 03/26/2020) |
| 03/26/2020 | 6 | AMENDED COMPLAINT against FACEBOOK, INC. ET AL., filed by STEVEN W. |

Case MDL No. 2943 Document 168-3 Filed 04/02/20 Page 3 of 29

WILSON. No envelope included. (Attachments: # <u>1</u> A1, # <u>2</u> A2, # <u>3</u> A3, # <u>4</u> A4, # <u>5</u> A5, # <u>6</u> A6, # <u>7</u> A7, # <u>8</u> A8, # <u>9</u> A9, # <u>10</u> B, # <u>11</u> B1, # <u>12</u> B2, # <u>13</u> B3, # <u>14</u> C, # <u>15</u> C1, # <u>16</u> C2, # <u>17</u> C3, # <u>18</u> D, # <u>19</u> D1, # <u>20</u> D2, # <u>21</u> D3, # <u>22</u> D4, # <u>23</u> E, # <u>24</u> E1, # <u>25</u> E2, # <u>26</u> E3, # <u>27</u> E4, # <u>28</u> E5, # <u>29</u> E6, # <u>30</u> E7, # <u>31</u> E8, # <u>32</u> E9)(sg, ) Modified on 3/27/2020 (lisad, ). (Entered: 03/26/2020)

**PACER Service Center**

**Transaction Receipt**

03/30/2020 20:52:58

| PACER Login: | gi000234:2554876:4036719 | Client Code: | 30993-00116 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:20-cv-00189-GJP |
| Billable Pages: | 1 | Cost: | 0.10 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **STEVEN W. WILSON,** | **CIVIL ACTION NO. 20-189** |
| Plaintiff, | **COMPLAINT FOR DAMAGES** |
| v. | **1. FAILURE TO COMPLY WITH U.C.C. ARTICLE 9 (U.C.C. 9 §207(a) and (b))** |
| **FACEBOOK, INC. et. al,** | **2. TRESSPASS (§ 3503(b) Criminal Tresspass)** |
| Defendant. | **3. NEGLIGENCE (Pa. Code § 7102(a) Comparative Negligence)** |

## COMPLAINT

### I.   INTRODUCTION

1.   **PLAINTIFF** Steven W. Wilson, brings this action under Uniform Commercial Code Article § 9(a) and (b), against Facebook, Inc. et. al ("**FACEBOOK, INC.**"), for failure to comply with U.C.C. Article 9, Tresspass of property, and Negligence.

2.   This event was initiated when on March 21st, 2018, **FACEBOOK, INC.'s** Chief Executive Officer Mark Zuckerberg took part in an interview on national television and

confessed to wrongdoing.[1] He stated: "So this was a major breach of trust, and I'm really sorry that this happened. You know, we have a basic responsibility to protect people's data. And if we can't do that, then we don't deserve to have the opportunity to serve people. So our responsibility now is to make sure that this doesn't happen again." Mark also posted a statement to publicly address the data breach that occurred. He stated: "We will restrict developer's access even further to prevent other kinds of abuse." Here, Mark states the access given, which was, at the time, a business practice of **FACEBOOK, INC**. Mark also admits to the abuse. "At the end of the day, I am responsible for what happens on our platform." This statement from **FACEBOOK, INC.'s** CEO, Mark Zuckerberg, was released to address a data breach that occurred when data company "Cambridge Analytica" harvested private user data without consent.

3. A Bill dated on the 3rd, 9th, and 16th of April 2018, was mailed to **FACEBOOK, INC.'s** CEO Mark Zuckerberg by Plaintiff Steven W. Wilson.[2] The Bill was mailed to collect a debt owed by FACEBOOK, INC. The amount owed to the **PLAINTIFF** by **FACEBOOK, INC.** is a total of $100 million dollars, for "Use of Private Property" and "Abuse of Data".

4. The Bill sent to **FACEBOOK, INC.** was neither paid nor disputed by **FACEBOOK, INC.** or the company's CEO Mark Zuckerberg. Failure to pay debt by

---

[1]https://www.cnn.com/videos/cnnmoney/2018/03/22/facebook-zuckerberg-cambridge-analytica-long.cnnmoney

[2] See Exhibit A (The Bill).

**FACEBOOK, INC.** obligated the Plaintiff, Steven W. Wilson to file suit against **FACEBOOK, INC.** CEO Mark Zuckerberg.[3]

*5.*      The final demand letter was mailed by **PLAINTIFF** Steven W. Wilson and delivered to **FACEBOOK, INC.** on July 22, 2019.[4] Once again, and in a consistent pattern of bad faith, the Bill has not been rectified or disputed.

## II.      <u>JURISDICTION AND VENUE</u>

6.      This Court has jurisdiction over all causes of action asserted against **FACEBOOK, INC.** pursuant 42 Pa.C.S.A. § 5322.[5] Furthermore, **FACEBOOK, INC.** generates in-State revenue from electronic commerce and files Pennsylvania State taxes for that revenue. I believe that satisfies the requirement of "certain minimum contacts" with the State of Pennsylvania, pursuant Federal Civil Rules Procedure Rule 12.[6] *See Order, May 8, 2019, ECF No. 13.* In this order, Judge Juan R. Sanchez ruled that "Here, the only allegations in Wilson's amended pleading relate to **<u>Facebook's</u>** contacts with Pennsylvania, not Zuckerberg's contacts. As a result, Wilson has failed to allege facts from which the Court may exercise personal jurisdiction over Zuckerberg, and thus Zuckerberg is entitled to relief pursuant to Federal Civil Rules Procedure Rule 12(b)(2)."[7]

---

[3] See Exhibit C (Wilson vs. Zuckerberg Civil Action No. 18-3049).

[4] Exhibit B (Demand Letter).

[5] 42 Pa.C.S.A. § 5322.

[6] Exhibit C (Wilson vs. Zuckerberg Civil Action No. 18-3049).

[7] Exhibit C (Wilson vs. Zuckerberg Civil Action No. 18-3049).

4

7.      Venue is proper pursuant 28 U.S. Code § 1391(b), **PLAINTIFF,** Steven W.

Wilson resides in Pennsylvania and the property damaged originated within the Court's

jurisdiction.[8] As stated in bullet point 6, the Court has personal jurisdiction over **FACEBOOK,**

**INC.** furthermore confirming the Venue is proper.

## III.   PARTIES

### A.   Plaintiff

8.      Steven W. Wilson "**PLAINTIFF**", a Man, is relevant to this claim a resident of

Philadelphia, Pennsylvania. **PLAINTIFF** at the time of **FACEBOOK, INC.'s** tresspass, and

presently, resides in Philadelphia, Pennsylvania.

### B.   Defendants

9.      **FACEBOOK, INC.** the **DEFENDANT** is a corporation organized under the laws

of the State of Delaware. Defendant's principal place of business is in Menlo Park, California,

and Defendant may be served with process by serving its registered agent, "Corporation Service

Company", located at 2711 Centerville Road, Suite 400, Wilmington, County of New Castle,

19808.

## IV.   STATEMENT OF THE RELEVANT FACTS

### A.   Cambridge Analytica Data Breach

10.     Cambridge Analytica is a company that violated **FACEBOOK, INC.** terms of

service for using personal data. Sometime in 2018, Cambridge Analytica obtained access to

private **FACEBOOK, INC.** user's data, without consent. This event is what **FACEBOOK, INC.**

---

[8] 28 U.S. Code § 1391(b)

addressed as a "data breach" in CEO Mark Zuckerberg's March 21, 2018 public apology and confession.

**B.**     **CEO Mark Zuckerberg's Confession**

11.     On March 21st, 2018 Mark took part in an interview on national television and confessed to wrongdoing. He stated: "So this was a major **breach of trust**, and I'm really sorry that this happened. You know, we have a basic responsibility to protect people's data. And if we can't do that, then we don't deserve to have the opportunity to serve people. So our responsibility now is to make sure that this doesn't happen again." Mark also posted a statement to publicly address the data breach that occurred. He stated: "We will restrict developer's access even further to prevent other kinds of **abuse**." Here, Mark states the access given which was, at the time, a business practice. Mark also admits to the abuse. "At the end of the day, I am responsible for what happens on our platform."

12.     Mark Zuckerberg's March 21st, 2018 statement was extremely alarming to **PLAINTIFF** Steven W. Wilson. Mark stated: "You know, we have a **basic responsibility** to protect people's data." Mark is either inept or lying. According to the 2011 F.T.C. Consent Decree, **FACEBOOK, INC.** has an **obligation** to protect user's private data. **FACEBOOK, INC.** was ordered to do so. Mark has been CEO of **FACEBOOK, INC.** since the company's founding, and claims: "At the end of the day, I am responsible for what happens on our platform." Clearly Mark does not comprehend that an obligation, as mandated by the Federal Trade Commission, is a bit more binding than just a mere "basic responsibility". Perhaps

**FACEBOOK, INC.** simply forgot to pay the debt owed to Steven W. Wilson, much like forgetting about the 2011 F.T.C. order?

C.   **The Bill**

13.   **PLAINTIFF** mailed, on three separate occasions and by United States Postal Service certified mail with signature confirmation, The Bill for **FACEBOOK, INC.'s** trespass and abuse of property.[9] The Bill was dated April 3rd 2018, April 9th 2018, and April 16th, 2018. On each occasion the Bill was received due to proof of reception by signature confirmation from a **FACEBOOK, INC.** employee.[10] On each of the three occasions, neither CEO Mark Zuckerberg nor **FACEBOOK, INC.** disputed or paid the debt owed.

14.   Failure to pay the owed debt caused the action of **PLAINTIFF** in 2018 to file suit against **FACEBOOK, INC.** CEO Mark Zuckerberg.[11] The motion to dismiss was granted because the Court found it did not have personal jurisdiction over Mark. Steven W. Wilson failed to prove reasonable contacts that Mark had with Pennsylvania. The legitimacy of the Bill and the debt owed was never disputed.

15.   A final demand letter was mailed by **PLAINTIFF** Steven W. Wilson and delivered to **FACEBOOK, INC.** via United States Postal Service on July 22, 2019.[12] Once again, and in a consistent pattern, the Bill has not been rectified or disputed.

D.   **Facebook, Inc. User Agreement**

---

[9]See Exhibit A (The Bill).

[10] See Exhibit A (The Bill).

[11] Wilson vs. Zuckerberg Civil Action No. 18-3049 (2019).

[12] Exhibit B (Demand Letter).

16.     **PLAINTIFF** and **FACEBOOK, INC.** entered into a user agreement when Steven
W. Wilson signed up to use **FACEBOOK, INC.** services sometime in 2008. From that point, the
**PLAINTIFF** allowed **FACEBOOK, INC.** to use personal property. That property consisted of
800+ photographs, correspondences, comments, and other intellectual property. The
aforementioned user agreement contained no language in relation to an abuse of **PLAINTIFF's**
property.[13] **FACEBOOK, INC.** never required or inquired a valuation of the property
**FACEBOOK, INC.** requested permission to use. The Bill mailed to **FACEBOOK, INC.**
reflects the amount owed to Steven W. Wilson due to **FACEBOOK, INC.'s** tresspass of
**PLAINTIFF's** property. According to CEO Mark Zuckerberg, whom posted a statement to
publicly address the data breach that occurred, Mark stated: "We will restrict developer's access
even further to prevent other kinds of abuse." Here, Mark states the access given which was, at
the time, a business practice. Mark also admits to the abuse.[14] "At the end of the day, I am
responsible for what happens on our platform."

17.     I consider this "business practice" a risky use of my property for profits outside
the realm of the user agreement. Thus, I consider it a tresspass. "Tresspass. 1. An unlawful act
committed against the person or property of another; esp., wrongful entry on another's real
property. 2. At common law, a legal action for injuries resulting from an unlawful act of this
kind".[15]

---

[13] Exhibit D (Facebook User Agreement).

[14] https://www.cnn.com/videos/cnnmoney/2018/03/22/facebook-zuckerberg-cambridge-
analytica-long.cnnmoney

[15] See Black's Law Dictionary 3rd Pocket Edition 1996.

18.     **FACEBOOK, INC.** is aware it entered into a user agreement to use my property, but

when mailed the Bill, on three separate occasions, **FACEBOOK, INC.** never disputed the

legitimacy of the Bill. There appears to be a consistent pattern of **FACEBOOK, INC.** ignoring

obligations. It is my understanding that silence is acceptance. It is my belief that my property is

worth $100 Million dollars. If anyone believes otherwise let them step forth and say so.

## V.     CAUSES OF ACTION

### FIRST CAUSE OF ACTION
### FAILURE TO COMPLY WITH U.C.C. ARTICLE 9
#### (U.C.C. Article 9 §207(a) and (b))
#### (Against Defendant FACEBOOK, INC. et. al)

19.     **PLAINTIFF** alleges that at all times relevant here in, **FACEBOOK, INC.** acted

carelessly and irresponsibly while using the **PLAINTIFF's** property. These actions by

**FACEBOOK, INC.** whether by accident or business practice, do not comply with Uniform

Commercial Code Article 9 §207(a) and (b).

20.     U.C.C. Article 9 §207(a) states: "[Duty of care when secured party in possession.]

…. reasonable care includes taking necessary steps to preserve rights against prior parties unless

otherwise agreed."[16] If **FACEBOOK, INC.** had taken reasonable care of the **PLAINTIFF's**

property, there would not have been a need for **FACEBOOK, INC.'s** CEO Mark Zuckerberg to

issue a public apology. An apology that confirmed millions of **FACEBOOK, INC.** private user

---

[16] Uniform Commercial Code Article 9 §207(a)

9

data had been accessed without consent as well as contradict the ordered 2011 Consent Decree.[17] The access to this private data, without explicit consent, is an abuse.

21.    U.C.C. Article 9§207(b) states: "the risk of accidental loss or damage is on the debtor to the extent of a deficiency in any effective insurance coverage".[18] **FACEBOOK, INC.** does not dispute that a "breach" occurred, **FACEBOOK, INC.** apologized for the breach and accepted liability.[19] **FACEBOOK, INC.** does not dispute the Bill received. **FACEBOOK, INC.** did not dispute the amount of debt owed to **PLAINTIFF** on three separate occasions. In a consistent pattern of bad faith, **FACEBOOK, INC.** ignores obligations.

### SECOND CAUSE OF ACTION
### TRESSPASS
**(§ 3503(b) Criminal Tresspass)**
**(Against Defendant FACEBOOK, INC. et. al)**

22.    In accordance with the user agreement entered into by **PLAINTIFF** and **FACEBOOK, INC.**, the **PLAINTIFF**, Steven W. Wilson gave **FACEBOOK, INC.** permission to borrow personal private property with the understanding that the property would be returned in the same condition.[20] The terms of the user agreement do not permit **FACEBOOK, INC.** to return the **PLAINTIFF's** property damaged. Damage to **PLAINTIFF's** property clearly

---

[17] See Exhibit E (FTC Consent Decree, Order 2(a)(b))

[18] Uniform Commercial Code Article 9 §207(b).

[19] https://www.cnn.com/videos/cnnmoney/2018/03/22/facebook-zuckerberg-cambridge-analytica-long.cnnmoney

[20] Exhibit D(Facebook User Agreement).

occurred as **FACEBOOK, INC.** confirmed by the public statement released addressing the cause

of the damage.[21] The cause of damage being **FACEBOOK, INC.'s** "risky business practices".

23.     Not only has **FACEBOOK, INC.** abused the **PLAINTIFF's** property,

**FACEBOOK, INC.'s** failure to use "reasonable care" when in possession of said property has

caused abuse of **PLAINTIFF's** privacy. Said privacy is gone. It cannot be returned.

**FACEBOOK, INC.** failed to protect that privacy, which was their obligation. In a 2011 Federal

Trade Commission settlement **FACEBOOK, INC.** was required to:

I.      IT IS ORDERED[22] that Respondent and its representatives, in connection with any

product or service, in or affecting commerce, shall not misrepresent in any manner, expressly or

by implication, the extent to which it maintains the privacy or security of covered information,

including, but not limited to:

      A. its collection or disclosure of any covered information;

      B. the extent to which a consumer can control the privacy of any covered

      information maintained by Respondent and the steps a consumer must take to

      implement such controls;

      C. the extent to which Respondent makes or has made covered information

      accessible to third parties;

      D. the steps Respondent takes or has taken to verify the privacy or security

      protections that any third party provides;

      E. the extent to which Respondent makes or has made covered information

---

[21] https://www.cnn.com/videos/cnnmoney/2018/03/22/facebook-zuckerberg-cambridge-analytica-long.cnnmoney

[22] F.T.C. Consent Decree, Order 1(a)(b)(c)(d)(e)(f).

Case 3:20-cv-05671-VC Document 7-3 Filed 08/26/20 Page 14 of 29
Case MDL No. 2543 Document 166-3 Filed 08/31/20 Page 14 of 25

11

accessible to any third party following deletion or termination of a user's account

with Respondent or during such time as a user's account is deactivated or

suspended; and

F. the extent to which Respondent is a member of, adheres to, complies with, is

certified by, is endorsed by, or otherwise participates in any privacy, security, or

any other compliance program sponsored by the government or any third party,

including, but not limited to, the U.S.-EU Safe Harbor Framework.

II. IT IS FURTHER ORDERED[23] that Respondent and its representatives, in connection

with any product or service, in or affecting commerce, prior to any sharing of a user's

nonpublic user information by Respondent with any third party, which materially exceeds the

restrictions imposed by a user's privacy setting(s), shall:

A. **Clearly and prominently disclose to the user, separate and apart from any "privacy**

**policy," "data use policy," "statement of rights and responsibilities" page, or other**

**similar document: (1) the categories of nonpublic user information that will be**

**disclosed to such third parties, (2) the identity or specific categories of such third**

**parties, and (3) that such sharing exceeds the restrictions imposed by the privacy**

**setting(s) in effect for the user; and**

B. **obtain the user's affirmative express consent.**

24. "Tresspass. 1. An unlawful act committed against the person or property of

another; esp., wrongful entry on another's real property. 2. At common law, a legal action for

injuries resulting from an unlawful act of this kind". *See Black's Law Dictionary 3rd Pocket*

---

[23] F.T.C. Consent Decree, Order 2(a)(b).

*Edition 1996.*[24] Under Pennsylvania law, it is defined as an "unprivileged, intentional intrusion

upon land in possession of another."[25] ("A trespass may be committed by disturbing the

possession of the occupant, though the person committing the trespass does not actually go on

the premises, as by throwing water or missiles on the land, or removing a partition fence, though

the trespasser does not place his foot on the land.").[26]

### THIRD CAUSE OF ACTION
### NEGLIGENCE
**(Pa. Code § 7102(a) Comparative Negligence)**

24.     **PLAINTIFF** alleges that **FACEBOOK, INC** acted in gross negligence. At all

times prior to this incident, **FACEBOOK, INC.**, negligently, carelessly, recklessly, and/or

unlawfully acted and/or failed to act, including but not limited to failing to perform mandatory

duties[27] so as to cause damage to **PLAINTIFF's** property. **FACEBOOK, INC.** was aware that

private data could be accessed without consent by third parties. This is evident by the F.T.C.

2011 Consent Decree where **FACEBOOK, INC.** was ordered and obligated to prevent such

offenses from occurring. Does **FACEBOOK, INC.** not recall the F.T.C. Consent Decree?

Clearly, **FACEBOOK, INC.** forgets obligations much like debts owed.[28]

---

[24] See Black's Law Dictionary 3rd Pocket Edition 1996.

[25] Graham Oil Co. v. BP Oil Co., 885 F.Supp. 716, 725 (W.D.Pa.1994).

[26] Rushing v. Hooper–McDonald, Inc., 293 Ala. 56, 59, 300 So.2d 94, 96 (1974)

[27] 2011 F.T.C. Consent Decree.

[28] See Exhibit A (The Bill).

25.     Negligence 1. The failure to exercise the standard of care that a reasonably prudent person would have exercised in a similar situation; any conduct that falls below the legal standard established to protect others against unreasonable risk of harm, except for conduct that is intentionally, wantonly, or willfully disregardful of others' rights. 2. A tort grounded in this failure, usu. expressed in terms of the following elements: duty, breach of duty, caustic, and damages.[29]

26.     **FACEBOOK, INC.** negligently, carelessly, and recklessly disregarded the duty of care obligated by the user agreement. **FACEBOOK, INC.** negligently, carelessly, and recklessly disregarded a secondary duty of care which arose from the 2011 FTC Consent Decree. **FACEBOOK, INC.** negligently, carelessly, and recklessly disregarded a third duty of "reasonable care" established by Uniform Commercial Code Article 9 §207.[30] Another example of **FACEBOOK, INC.** acting in bad faith and consistently disregarding obligations.

27.     **FACEBOOK, INC.** has a history of acting negligently with property borrowed. Hence, the F.T.C. establishing rules and mandates in 2011.

28.     **PLAINTIFF's** property currently remains and was in the possession of **FACEBOOK, INC.** when damages occurred.

29.     **FACEBOOK, INC.** is aware property was damaged. **FACEBOOK, INC.** apologized for the damages through Mark's March 21st, 2018 confession. **FACEBOOK, INC.** acted negligently with my property, while in **FACEBOOK, INC.'s** possession, and said property

---

[29] See Black's Law Dictionary 3rd Pocket Edition 1996.

[30] Uniform Commercial Code Article 9 §207

14

was damaged. I required **FACEBOOK, INC.** to make **PLAINTIFF** whole. That is why

**PLAINTIFF** mailed **FACEBOOK, INC.** the Bill.

      30.    **FACEBOOK, INC.** apologized for wrongdoing. **FACEBOOK, INC.** must pay

for the damages caused to my property while in **FACEBOOK, INC.** possession.

      31.    WHEREFORE, **PLAINTIFF** pray for relief set forth below.

**VI.**    <u>**PRAYER FOR RELIEF**</u>

      WHEREFORE, **PLAINTIFF** pray for judgement against **FACEBOOK, INC. et. al** as

hereinafter set forth:

1.    For compensatory damages in amount according to proof;

2.    For pre- and post-judgement interest on all damages as allowed by the law;

3.    For costs of suit incurred herein;

4.    For such other and further relief as the Court may deem just and proper.

Dated:  3/24/2020

By:_*Steven W. Wilson*_
                   Steven W. Wilson
                   366 E. Gorgas Lane
                 Philadelphia, PA,  19119
                   Tel: 215-285-6139
              steven.wilsonatc@gmail.com
                         *Plaintiff*

GJP

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

*Steven W. Wilson*

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

20          189

- against -

*Facebook, Inc. et al.*

_____

_____

_____

_____

_____

_____

_____

_____

**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.     Parties in this complaint:**

A.     List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

| Plaintiff | Name | *Steven W. Wilson* |
|---|---|---|
| | Street Address | 360 E. Gorgas LANE |
| | County, City | Philadelphia |
| | State & Zip Code | PA, 19119 |
| | Telephone Number | 215-285-6139 |

*Rev. 10/2009*

JAN - 7 2020

## <u>Important Privacy Notice</u>

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, <u>personal identifying information in Court filings must be limited as follows</u>:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

B.   List all defendants.  You should state the full name of the defendants, even if that defendant is a government
     agency, an organization, a corporation, or an individual.  Include the address where each defendant can be
     served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.
     Attach additional sheets of paper as necessary.

Defendant No. 1        Name  *Facebook, Inc.*

                       Street Address  *1601 Willow Road*

                       County, City  *Menlo Park*

                       State & Zip Code  *California, 94025*

Defendant No. 2        Name

                       Street Address

                       County, City

                       State & Zip Code

Defendant No. 3        Name

                       Street Address

                       County, City

                       State & Zip Code

Defendant No. 4        Name

                       Street Address

                       County, City

                       State & Zip Code

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases
involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a
case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. §
1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than
$75,000 is a diversity of citizenship case.

A.     What is the basis for federal court jurisdiction? *(check all that apply)*

       (Q) Federal Questions           Q  Diversity of Citizenship

B.     If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at
       issue?  *Uniform Commercial Code Article 9-§207*

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _Pennsylvania_

Defendant(s) state(s) of citizenship _California, Delaware_

## III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _Facebook, Inc._
_~~facts~~ possession._

B.    What date and approximate time did the events giving rise to your claim(s) occur?
_2018. A ~~big~~ breach occurred at Facebook, Inc. This breach caused damages to personal property._

| | |
|---|---|
| What happened to you? | C.  Facts: _While in Facebook, Inc possession, my property was abused & damaged._ |
| Who did what? | _Facebook, Inc. neglected & failed to use a reasonable duty of care._ |
| Was anyone else involved? | _Third parties connected to Facebook, Inc._ |
| Who else saw what happened? | _The public. The breach was announced globally._ |

*Rev. 10/2009*         - 3 -

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. *Damages to property. the abuse of privacy.*

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

$100 million dollars represents the ~~amount~~ ~~of~~ debt owed to Steven W. Wilson by Facebook Inc. et. al

- The Court can assist ~~his~~ Steven W. Wilson in collecting said debt

*Rev. 10/2009*

- 4 -

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1st day of _January_____, 20 20.

Signature of Plaintiff _Steven W. Wilson_

Mailing Address _366 E. Gorgas Lane_

_____

Telephone Number _215-285-6139_

Fax Number *(if you have one)* _____

E-mail Address _steven.wilsonatc@gmail.com_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GJP

### CASE MANAGEMENT TRACK DESIGNATION FORM

Wilson            :        CIVIL ACTION
                          :
             v.         :
                          :        NO. **20**      **189**

Facebook, Inc.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.      ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.      ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.      ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.      ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.      (☒)

JAN - 7 2020          _Daniel McCormick_
_____     _____     _____
**Date**                 **Deputy Clerk**             **Attorney for**

_____     _____     _____
**Telephone**             **FAX Number**            **E-Mail Address**

(Civ. 660) 10/02

*GJP*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

20

189

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 366 E. Gorgas Lane, Philadelphia, PA 19119 _____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____ Philadelphia _____

---

*RELATED CASE, IF ANY:*

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

| | | | |
|---|---|---|---|
| 1. | Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court? | Yes ☐ | No ☐ |
| 2. | Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? | Yes ☐ | No ☐ |
| 3. | Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court? | Yes ☐ | No ☐ |
| 4. | Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual? | Yes ☐ | No ☐ |

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __01/07/2020__ _____ *Daniel McCarmely* _____ _____
  *Attorney-at-Law / Pro Se Plaintiff*      *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.**    *Federal Question Cases:*        **B.**    *Diversity Jurisdiction Cases:*

| | | | | |
|---|---|---|---|---|
| ☐ | 1. Indemnity Contract, Marine Contract, and All Other Contracts | ☐ | 1. | Insurance Contract and Other Contracts |
| ☐ | 2. FELA | ☐ | 2. | Airplane Personal Injury |
| ☐ | 3. Jones Act-Personal Injury | ☐ | 3. | Assault, Defamation |
| ☐ | 4. Antitrust | ☐ | 4. | Marine Personal Injury |
| ☐ | 5. Patent | ☐ | 5. | Motor Vehicle Personal Injury |
| ☐ | 6. Labor-Management Relations | ☐ | 6. | Other Personal Injury *(Please specify):* _____ |
| ☐ | 7. Civil Rights | ☐ | 7. | Products Liability |
| ☐ | 8. Habeas Corpus | ☐ | 8. | Products Liability – Asbestos |
| ☐ | 9. Securities Act(s) Cases | ☑ | 9. | All other Diversity Cases |
| ☐ | 10. Social Security Review Cases | | | *(Please specify):* _____ Property Damage _____ |
| ☐ | 11. All other Federal Question Cases | | | |
| | *(Please specify):* _____ | | | |

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐   Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐   Relief other than monetary damages is sought.

DATE: _____ _____ _____
  *Attorney-at-Law / Pro Se Plaintiff*      *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*



PHILADELPHIA PA 191
02 JAN 2020 PM 10 L

Forever USA

U.S.M.S.
U.X-RAY

James A. Byrne
U.S. Courthouse
601 Market Street
Phila, PA, 19106

L. Wilson
306 E. Gorgas Ln
Phila, PA, 19119

RECEIVED
JAN - 7 2020

19106-172999