**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | |
| | MDL NO. 2843 |
| This document relates to: | |
| NOTICE OF POTENTIAL TAG-ALONG ACTION | |

**_PRO SE_ PLAINTIFF NOTICE OF OPPOSITION TO CONDITIONAL**
**TRANSFER ORDER (CTO-3)**

Pursuant to Rule 7.1(c) of the Judicial Panel on Multidistrict Litigation, Steven W. Wilson respectfully submits opposition to Conditional Transfer Order (CTO-3) as it pertains to _Wilson v._ _Facebook, Inc., et al.,_ E.D. Pennsylvania, No. 2:20-cv-00189-GJP. Steven W. Wilson will file a motion to vacate Conditional Transfer Order (CTO-3), as to the foregoing action, in accordance with JPML Rule 7.1(f) and any briefing schedule set by the Panel.

Dated:  4/7/2020

Respectfully submitted,

By: _Steven W. Wilson_
Steven W. Wilson
366 E. Gorgas Lane
Philadelphia, PA,  19119
Tel: 215-285-6139
steven.wilsonatc@gmail.com
_Plaintiff_