BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>NOTICE OF POTENTIAL TAG-ALONG ACTION | MDL NO. 2843 |

**SCHEDULE OF ACTION (TO BE ADDED TO EXISTING SCHEDULE)**

| # | Case Name | District | Case No. / Filling Date | Assigned Judge |
|---|---|---|---|---|
| 1 | *Wilson v. Facebook, Inc.* | Eastern District of Pennsylvania (Philadelphia) | No. 2:20-cv-00189-GJP<br>Filed: March 26, 2020 | Hon. Gerald J. Pappert |

2

Dated:  4/7/2020

                              Respectfully submitted,

                              By: *Steven W. Wilson*
                                  Steven W. Wilson
                                  366 E. Gorgas Lane
                                Philadelphia, PA,  19119
                                      Tel: 215-285-6139
                              steven.wilsonatc@gmail.com
                                             *Plaintiff*