# EXHIBIT A

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL NO. 2843 |

### NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendant Facebook, Inc. ("Facebook") hereby provides this notice informing the Panel of one "potential tag-along action[ ]" to *In re Facebook, Inc., Consumer Privacy User Profile Litigation*, MDL No. 2843:

1. *Wilson v. Facebook, Inc.*, United States District Court for the Eastern District of Pennsylvania (Philadelphia Division), No. 2:20-cv-00189-GJP (amended complaint filed Mar. 26, 2020).

A schedule of action is attached to this Notice. A copy of the docket sheet and complaint are attached as Exhibit A to this Notice. The complaint shares common questions of fact and law and is premised on the same core issues as the other actions previously transferred by the Panel to Judge Vince Chhabria of the United States District Court for the Northern District of California because the plaintiff's claims arise out of the alleged "Cambridge Analytica Data Breach" and the privacy policies contained in Facebook's "user agreement." *E.g.*, Am. Compl. ¶¶ 10, 23, 26; *see In re: Facebook, Inc., Consumer Privacy User Profile Litig.*, 325 F. Supp. 3d 1362 (J.P.M.L. Jun. 6, 2018) (ordering cases consolidated and describing the actions as arising out of allegations that Cambridge Analytica exploited Facebook's platform to obtain user data). Accordingly, Facebook respectfully requests that the Panel consider the action listed above as a related action for the purposes of this pending Multidistrict Litigation.

DATE: April 2, 2020

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By: /s/ Orin Snyder

Orin Snyder
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Joshua S. Lipshutz
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.955.8217
Fax: 202.530.9614
jlipshutz@gibsondunn.com

Kristin A. Linsley
Martie Kutscher
555 Mission Street, Suite 300
San Francisco, CA 94105
Tel: 415.393.8379
Fax: 415.374.8474
klinsley@gibsondunn.com
mkutscherclark@gibsondunn.com

Deborah Stein
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: 213.229.7164
Fax: 213.229.6164
dstein@gibsondunn.com

*Attorneys for Facebook, Inc.*

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL NO. 2843 |

### SCHEDULE OF ACTION (TO BE ADDED TO EXISTING SCHEDULE)

| # | Case Name | District | Case No. / Filing Date | Assigned Judge |
|---|---|---|---|---|
| 1 | *Wilson v. Facebook, Inc.* | Eastern District of Pennsylvania (Philadelphia) | No. 2:20-cv-00189-GJP<br>Filed: March 26, 2020 | Hon. Gerald J. Pappert |

DATE: April 2, 2020

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By: /s/ Orin Snyder

Orin Snyder
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Joshua S. Lipshutz
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.955.8217
Fax: 202.530.9614
jlipshutz@gibsondunn.com

Kristin A. Linsley
Martie Kutscher
555 Mission Street, Suite 300
San Francisco, CA 94105
Tel: 415.393.8379
Fax: 415.374.8474
klinsley@gibsondunn.com
mkutscherclark@gibsondunn.com

Deborah Stein
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: 213.229.7164
Fax: 213.229.6164
dstein@gibsondunn.com

*Attorneys for Facebook, Inc.*

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL NO. 2843 |
| This document relates to: ALL ACTIONS | |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on April 2, 2020, I caused the foregoing documents to be filed with the Clerk of the Court using the Judicial Panel on Multidistrict Litigation's CM/ECF system, which will serve notification of such filing to the email of all counsel of record in this action. I further certify that copies of the foregoing were served on all counsel (or unrepresented parties), and on the Clerk of the Court of the proposed transferor court, by U.S. First Class Mail, postage pre-paid, and by electronic mail, as follows:

Kate Barkman, Clerk of Court
Eastern District of Pennsylvania
United States District Court
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797
PAED_DOCUMENTS@PAED.USCOURTS.GOV

Steven W. Wilson, *pro se* Plaintiff
366 E. Gorgas Lane
Philadelphia, PA 19119
steven.wilsonatc@gmail.com

DATE: April 2, 2020

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By: /s/ Orin Snyder

Orin Snyder
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Joshua S. Lipshutz
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.955.8217
Fax: 202.530.9614
jlipshutz@gibsondunn.com

Kristin A. Linsley
Martie Kutscher
555 Mission Street, Suite 300
San Francisco, CA 94105
Tel: 415.393.8379
Fax: 415.374.8474
klinsley@gibsondunn.com
mkutscherclark@gibsondunn.com

Deborah Stein
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: 213.229.7164
Fax: 213.229.6164
dstein@gibsondunn.com

*Attorneys for Facebook, Inc.*

STANDARD

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:20-cv-00189-GJP

WILSON v. FACEBOOK, INC. ET AL.
Assigned to: HONORABLE GERALD J. PAPPERT
Cause: 28:1332 Diversity-Property Damage

Date Filed: 01/07/2020
Jury Demand: Plaintiff
Nature of Suit: 380 Personal Property: Other
Jurisdiction: Diversity

**Plaintiff**

STEVEN W. WILSON

represented by STEVEN W. WILSON
366 E. GORGAS LANE
PHILADELPHIA, PA 19119
Email: steven.wilsonatc@gmail.com
PRO SE

V.

**Defendant**

FACEBOOK, INC. ET AL.

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/2020 | 1 | COMPLAINT against FACEBOOK, INC. ET AL., filed by STEVEN W. WILSON. (NO FEE PAID; NO IFP FILED)(bw, ) (Entered: 01/13/2020) |
| 01/07/2020 | 2 | PRO SE NOTICE RE:GUIDELINES (bw, ) (Entered: 01/13/2020) |
| 01/07/2020 |   | DEMAND for Trial by Jury by STEVEN W. WILSON. (lisad, ) (Entered: 01/13/2020) |
| 02/06/2020 |   | 1 Summons Issued as to FACEBOOK, INC. ET AL.. Forwarded To: PRO SE PLAINTIFF on 2/6/2020 as of 1/13/20. (sg, ) Modified on 2/7/2020 (lisad, ). (Entered: 02/06/2020) |
| 03/12/2020 | 3 | NOTICE OF PRAECIPE TO ENTER JUDGMENT BY DEFAULT(RULE 237.5) by STEVEN W. WILSON. (sg, ) (Entered: 03/13/2020) |
| 03/13/2020 | 4 | ORDERED THAT WILSON'S MOTION FOR DEFAULT JUDGMENT (DOC. 3) IS DENIED WITHOUT PREJUDICE. IT IS FURTHER ORDERED THAT THE CLERK OF COURT SHALL RE-ISSUE THE SUMMONS AS TO DEFENDANT FACEBOOK. WILSON SHALL RE-SERVE FACEBOOK IN COMPLIANCE WITH F.R.C.P. 4 BY THURSDAY 6/11/2020. SIGNED BY HONORABLE GERALD J. PAPPERT ON 3/13/2020. 3/16/2020 ENTERED AND COPIES MAILED TO PRO SE.(sg, ) (Entered: 03/16/2020) |
| 03/13/2020 |   | 1 Summons RE-Issued as to FACEBOOK, INC. ET AL.. Forwarded To: PRO SE PLAINTIFF on 3/16/2020 (sg, ) (Entered: 03/16/2020) |
| 03/26/2020 | 5 | AFFIDAVIT of Service by CERTIFIED MAIL re: served SUMMONS AND COMPLAINT upon FACEBOOK, BY STEVEN WILSON. No envelope included. (Attachments: # 1 EXHIBIT)(sg, ) Modified on 3/27/2020 (lisad, ). (Entered: 03/26/2020) |
| 03/26/2020 | 6 | AMENDED COMPLAINT against FACEBOOK, INC. ET AL., filed by STEVEN W. |

WILSON. No envelope included. (Attachments: # 1 A1, # 2 A2, # 3 A3, # 4 A4, # 5 A5, # 6 A6, # 7 A7, # 8 A8, # 9 A9, # 10 B, # 11 B1, # 12 B2, # 13 B3, # 14 C, # 15 C1, # 16 C2, # 17 C3, # 18 D, # 19 D1, # 20 D2, # 21 D3, # 22 D4, # 23 E, # 24 E1, # 25 E2, # 26 E3, # 27 E4, # 28 E5, # 29 E6, # 30 E7, # 31 E8, # 32 E9)(sg. ) Modified on 3/27/2020 (lisad, ). (Entered: 03/26/2020)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/30/2020 20:52:58 | | | |
| PACER Login: | gi000234:2554876:4036719 | Client Code: | 30993-00116 |
| Description: | Docket Report | Search Criteria: | 2:20-cv-00189-GJP |
| Billable Pages: | 1 | Cost: | 0.10 |