BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>NOTICE OF POTENTIAL TAG-ALONG ACTION | MDL NO. 2843 |

**PROOF OF SERVICE**

In accordance with rule 4.1(a) of the Judicial Panel on Multidistrict Litigation, I hereby certify that on April 8, 2020, I caused Plaintiff Steven W. Wilson Notice of Opposition to Conditional Transfer Order (CTO-3) to be served on all other parties in all involved actions. I will notify involved parties through U.S. First Class Mail, and electronic mail. I further certify that copies of the foregoing were served on counsel whom signed correspondence "Notice of Potential Tag Along Action", and on the Clerk of the Court of the proposed transferor court, by U.S. First Class Mail, postage pre-paid, and electronic mail (Compliant with Rule 3.3 of the Judicial Panel on Multidistrict Litigation) as follows:

Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC 20544-0005

Orin Snyder
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, NY 10166-0193
Tel: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com
*Attorney for Facebook, Inc.*

Dated:  4/7/2020

                                                         Respectfully submitted,

                                         By: *Steven W. Wilson*
                                                    Steven W. Wilson
                                                    366 E. Gorgas Lane
                                                   Philadelphia, PA,  19119
                                                      Tel: 215-285-6139
                                       steven.wilsonatc@gmail.com
                                                                 *Plaintiff*