






Matt Scorcio
Gibson Dunn & Crutcher
2001 Ross Suite 2100
Dallas, Tx 75201

Steven W. Wilson
366 E. Gorgas Lane
Philadelphia, PA 19119

First Class Mail

US POSTAGE PITNEY BOWES
ZIP 75201
02 4W
0000343416 MAY 18 2020
$ 001.20

