Sent: Friday, May 29, 2020 12:22 PM
To: PAED_ clerksoffice
Subject: Civil Action No. 20-189

Greetings,

    Attached are updated documents in Wilson v. Facebook, Inc. The PDF shows the service of process ordered by Judge Pappert. Document was likely returned due to Covid-19 closures in Delaware. The correspondence was originally mailed to Defendant's registered agent on March 24, 2020. The document was "returned to sender " on 5-28-2020. I will attempt to reserve before June 22, 2020 deadline. Thank you.

    Steven W. Wilson