# STEVEN W. WILSON

366 E. Gorgas Lane
Philadelphia, PA 19119
215-285-6139
Email: Steven.wilsonatc@gmail.com

March 24, 2020

**FIRST CLASS MAIL**

Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE, 19808

      Re:    Steven W. Wilson v. Facebook, Inc. et. al.
               U.S.D.C., E.D. Pa., Civil Action No. 20-189

Greetings:

I enclose the summons and complaint in Wilson v. Facebook, Inc. et. al. in relation to debt owed. Corporation Service Company is listed in Facebook, Inc. articles of incorporation as the "registered agent". The Bill was sent to Facebook, Inc. headquarters in Menlo Park, CA.

Very truly yours,

*Steven W. Wilson*

Steven W. Wilson