# DELIVERY RECEIPT

Company Name: _S.W. Wilson_
Street Address: _366 E. Horgas_
City, State, Zip: _Phila, Pa, 19119_
Phone: _215-285-6139_
Fax: _____
Email: _steven.wilsonatc@gmail.com_
Website: _____

Date: _6/1/2020_                                Receipt #: _9_

## Delivery Information

Description of delivered item(s): _Documents_
_____
_____
_____

Delivered to: _Corporation Service_   Street Address: _2711 Centerville Road_
                  _Company_
City, State, Zip: _Wilmington, DE, 19808_   Phone: _X_

## Summary of Charge

| Payment Method: | | | |
|---|---|---|---|
| ☑ Cash | ☐ Credit (No. _____ ) | Delivery Charge | |
| ☐ Other: _____ | ☐ Check (No. _____ ) | Tax Rate | |
| | | Total Tax | |
| | | Total Amount Due | 0.00 |

Comments: _____
_____
_____

Received by: _____
**Recipient Signature** _Paul Sisoto_

**Delivery Person Signature** _Steven_