IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN W. WILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC. et. al,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 20-189 |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

To the Clerk of the United States District Court for the Eastern District of Pennsylvania: In accordance with Federal Rules of Civil Procedure 55(b)(1), I request that a Clerk's entry of default be entered against FACEBOOK, INC. et. al, for failure to plead or otherwise defend against this action in a timely manner.

## AFFIDAVIT

1. As evidenced by the proof of service on file with this Court, and pursuant to Fed. R. Civ. Procedure Rule 4(e)(2)(a), on June 1, 2020 the summons and complaint were served on Corporation Service Company Headquarters located at 251 Little Falls Drive Wilmington, DE, 19808, in person by Plaintiff. First attempt at service by U.S. First Class Mail, on March 24, 2020 was denied, correspondence was "returned to sender".

2. Defendant caused a "potential tag along action" with the Judicial Panel for Multidistrict Litigation and filed an Conditional Transfer Order (CTO-3) on April 3, 2020.

2

Counsel for the Defendant, requested and were emailed the summons and complaint prior to the "Notice of Potential Tag Along Action" and filing of CTO-3. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Dated: June 3, 2020

By: *Steven W. Wilson*

Steven W. Wilson
366 E. Gorgas Lane
Philadelphia, PA, 19119
Tel: 215-285-6139
steven.wilsonatc@gmail.com
*Plaintiff*