IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN W. WILSON,<br><br>        Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC. et. al,<br><br>        Defendant. | CIVIL ACTION NO. 20-189 |

## PROOF OF SERVICE

I hereby certify that on June 3rd, 2020, I caused the foregoing documents to be filed with the Clerk of the Court. I will notify involved parties through U.S. First Class Mail, and electronic mail. I further certify that copies of the foregoing were served on the Clerk of the Court by electronic mail and on counsel by U.S. First Class Mail, postage pre-paid, and electronic mail.

Kate Barkman, Clerk of Court
Eastern District of Pennsylvania
United States District Court
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA, 19106-1797
PAED_DOCUMENTS@PAED.USCOURTS.GOV

Orin Snyder
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, NY 10166-0193
Tel: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com
*Attorney for Facebook, Inc.*

Dated: June 3, 2020

Respectfully submitted,

By: *Steven W. Wilson*

Steven W. Wilson
366 E. Gorgas Lane
Philadelphia, PA, 19119
Tel: 215-285-6139
steven.wilsonatc@gmail.com
*Plaintiff*