IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN W. WILSON,<br><br>        *Plaintiff*,<br><br>  v.<br><br>FACEBOOK, INC. *et al.*,<br><br>        *Defendants.* | Civil Action No. 2:20-CV-189 |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT**:

    Kindly enter my appearance as counsel on behalf of defendant Facebook, Inc., in the above-captioned matter.

                                                Respectfully submitted,

                                                **GIBSON, DUNN & CRUTCHER LLP**

Dated:  June 17, 2020                                    */s/  Thomas McCormac*

                                                           Thomas McCormac
                                                               PA Bar No. 322415
                                                          tmccormac@gibsondunn.com
                                                          GIBSON, DUNN & CRUTCHER LLP
                                                          1050 Connecticut Avenue, N.W.
                                                          Washington, DC 20036-5306
                                                          Telephone:  202.955.8500
                                                          Facsimile:  202.467.0539

                                                          *Attorney for Defendant Facebook, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on June 17, 2020 a true and correct copy of this Entry of Appearance was filed using ECF, is available for viewing and downloading from the ECF system, and was served on Steven W. Wilson by mail and email.

*/s/ Thomas McCormac*
Thomas McCormac