IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN W. WILSON,<br><br>      *Plaintiff*,<br><br>v.<br><br>FACEBOOK, INC. *et al.*,<br><br>      *Defendants*. | Civil Action No. 2:20-CV-189 |

**PROPOSED ORDER**

The Court considered Steven W. Wilson's Request for Clerk's Entry of Default, Dkt. 12, on _____, 2020. The Court ORDERS that it is DENIED.

The Court STAYS this case pending a final decision from the U.S. Judicial Panel on Multidistrict Litigation on whether to transfer the case to MDL No. 2843 for coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407.

_____

Judge Gerald J. Pappert

Dated: June 17, 2020

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

By:  /s/ Thomas McCormac

Thomas McCormac
   PA Bar No. 322415
tmccormac@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Orin Snyder
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035
*Pro hac vice forthcoming*

*Attorneys for Defendant Facebook, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on June 17, 2020 a true and correct copy of this Proposed Order was filed using ECF, is available for viewing and downloading from the ECF system, and was served on Steven W. Wilson by mail and email.

*/s/  Thomas McCormac*
Thomas McCormac
