IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN W. WILSON,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>FACEBOOK, INC. *et al.*,<br><br>　　　　　*Defendants*. | Civil Action No. 2:20-CV-189 |

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF THE COURT**:

    Kindly withdraw my appearance as counsel on behalf of defendant, Facebook, Inc., in the above captioned matter. Pursuant to Local Rule 5.1(c), leave of the Court is not required as Melanie L. Katsur is entering an appearance for the same party.

                      Respectfully submitted,

                      **GIBSON, DUNN & CRUTCHER LLP**

Dated:  June 18, 2020          /s/  Thomas McCormac

                      Thomas McCormac
                         PA Bar No. 322415
                      tmccormac@gibsondunn.com
                      GIBSON, DUNN & CRUTCHER LLP
                      1050 Connecticut Avenue, N.W.
                      Washington, DC 20036-5306
                      Telephone:  202.955.8500
                      Facsimile:  202.467.0539

                      *Attorney for Defendant Facebook, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on June 18, 2020 a true and correct copy of this Withdrawal of Appearance was filed using ECF, is available for viewing and downloading from the ECF system, and was served on Steven W. Wilson by mail and email.

*/s/ Thomas McCormac*
Thomas McCormac