**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| STEVEN W. WILSON, *Plaintiff,* v. FACEBOOK, INC. *et al.,* *Defendants.* | Civil Action No. 2:20-CV-189 |

## <u>ENTRY OF APPEARANCE</u>

**TO THE CLERK OF THE COURT**:

Kindly enter my appearance as counsel on behalf of defendant Facebook, Inc., in the above-captioned matter.

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

Dated:  June 18, 2020

*/s/  Melanie L. Katsur*

Melanie L. Katsur
  PA Bar No. 88458
mkatsur@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorney for Defendant Facebook, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 18, 2020 a true and correct copy of this Entry of Appearance was filed using ECF, is available for viewing and downloading from the ECF system, and was served on Steven W. Wilson by mail and email.

*/s/  Melanie L. Katsur*
Melanie L. Katsur
