
UNITED STATES
POSTAL SERVICE

January 14, 2019

Dear Steven Wilson:

The following is in response to your request for proof of delivery on your item with the tracking number: **9510 8163 2208 8100 1308 97**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | April 12, 2018, 11:13 am |
| **Location:** | MENLO PARK, CA 94025 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Insured |
| | Signature Confirmation™ |
| **Actual Recipient Name:** | I R |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 1.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 1601 WILLOW RD |
| **City, State ZIP Code:** | MENLO PARK, CA 94025-1452 |

## Recipient Signature

Signature of Recipient: [signature]

Address of Recipient: [signature]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004