# STEVEN W. WILSON

## INVOICE

215-285-6139
steven.wilsonatc@gmail.com

366 E. Gorgas Lane
Philadelphia, PA
19119

Attention: Mark Zuckerberg
Facebook Inc.
1601 Willow Road
Menlo Park, CA, 94025
Date: 4/16/18
Invoice Number: 00003
Terms: 30 Days

| Description | Quantity | Unit Price | Cost |
|---|---|---|---|
| Use of private property | 1 | $ 50,000,000 | $ 50,000,000 |
| Abuse of Data | 1 | $ 50,000,000 | $ 50,000,000 |
| | | Subtotal | $ 100,000,000 |
| | Tax | 8.25% | $ 8,250,000 |
| | | Total | $ 108,250,000 |

Thank you for your business. It was a pleasure to work with you on your project.

Sincerely yours,

Steven W. Wilson

1