# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

**Track Another Package +**

Tracking Number: 9510813424618095143785

Remove X

**On Time**

Expected Delivery on

**SATURDAY**

**7** APRIL 2018 ⓘ

by

**8:00pm** ⓘ

## ✓ Delivered

April 7, 2018 at 12:14 pm
Delivered, To Agent
MENLO PARK, CA 94025

Get Updates ∨

---

Text & Email Updates ∨

---

Proof of Delivery ∨

---

Tracking History ∨

---

Product Information ∨

---