# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Tracking Number: 9510816322088100130897

Remove X

**On Time**

Expected Delivery on

**THURSDAY**

**12** APRIL 2018 ⓘ

by

**8:00pm** ⓘ

## ✓ Delivered

April 12, 2018 at 11:13 am
Delivered, To Agent
MENLO PARK, CA 94025

Get Updates ∨

---

Text & Email Updates ∨

---

Proof of Delivery ∨

---

Tracking History ∨

---