# Steven W. Wilson

July 19, 2019

Mark Zuckerberg
Facebook Inc.
1601 Willow Road
Menlo Park, CA, 94025

Billing Department
Facebook Inc.
1601 Willow Road
Menlo Park, CA, 94025

Greetings,

As of today, July 19, 2019, I have not received payments due for the use of my property. Financial charges pursuant to Facebook, Inc.'s "abuse of data" and "use of private property" have been applied.

I mailed three Bills to Facebook, Inc. on three separate occasions to resolve the matter. April 3, 2018. April 9, 2018. April 16, 2018.

**This is your FINAL notice.** I must receive full payment on the Facebook, Inc. account balance of $108,250,000.00 within 30 days of this correspondence. I have attached copies of the outstanding Bills.

If Facebook, Inc. does not comply with this request, I will be forced to pursue legal action.

Thank you for your prompt attention to this matter.

*Steven W. Wilson*

Steven W. Wilson
366 E. Gorgas Lane
Philadelphia, PA, 19119
Steven.wilsonatc@gmail.com