1. Who can use Facebook

   When people stand behind their opinions and actions, our community is safer and more accountable. For this reason, you must:

   - Use the same name that you use in everyday life.
   - Provide accurate information about yourself.
   - Create only one account (your own) and use your timeline for personal purposes.
   - Not share your password, give access to your Facebook account to others, or transfer your account to anyone else (without our permission).

   We try to make Facebook broadly available to everyone, but you cannot use Facebook if:

   - You are under 13 years old.
   - You are a convicted sex offender.
   - We've previously disabled your account for violations of our Terms or Policies.
   - You are prohibited from receiving our products, services, or software under applicable laws.

2. What you can share and do on Facebook

   We want people to use Facebook to express themselves and to share content that is important to them, but not at the expense of the safety and well-being of others or the integrity of our community. You therefore agree not to engage in the conduct described below (or to facilitate or support others in doing so):

   1. You may not use our Products to do or share anything:

      - That violates these Terms, our Community Standards, and other terms and policies that apply to your use of Facebook.
      - That is unlawful, misleading, discriminatory or fraudulent.
      - That infringes or violates someone else's rights, including their intellectual property rights.

   2. You may not upload viruses or malicious code or do anything that could disable, overburden, or impair the proper working or appearance of our Products.

   3. You may not access or collect data from our Products using automated means (without our prior permission) or attempt to access data you do not have permission to access.

   We can remove or restrict access to content that is in violation of these provisions.

   If we remove content that you have shared in violation of our Community Standards, we'll let you know and explain any options you have to request another review, unless you seriously or repeatedly violate these Terms or if doing so may expose us or others to legal liability; harm our community of users; compromise or interfere with the integrity or operation of any of our services, systems or Products; where we are restricted due to technical limitations; or where we are prohibited from doing so for legal reasons.

   To help support our community, we encourage you to report content or conduct that you believe violates your rights (including intellectual property rights) or our terms and policies.

3. The permissions you give us

   We need certain permissions from you to provide our services:

   1. Permission to use content you create and share: Some content that you share or upload, such as photos or videos, may be protected by intellectual property laws.

      You own the intellectual property rights (things like copyright or trademarks) in any such content that you create and share on Facebook and the other Facebook Company Products you use. Nothing in these Terms takes away the rights you have to your own content. You are free to share your content with anyone else, wherever you want.

      However, to provide our services we need you to give us some legal permissions (known as a 'license') to use this content. This is solely for the purposes of providing and improving our Products and services as described in Section 1 above.