English (US)  Español  Français (France)  中文(简体)  العربية  Português (Brasil)  Italiano  한국어  Deutsch  हिन्दी  日本語

Sign Up   Log In   Messenger   Facebook Lite   Watch   People   Pages   Page Categories   Places   Games   Locations   Marketplace   Groups   Instagram
Local   Fundraisers   Services   About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Ad Choices   Terms   Help

Facebook © 2019