# DELIVERY RECEIPT

Company Name: S. Wilson
Street Address: 366 E. Gorgas Ln.
City, State, Zip: Phila, PA, 19119
Phone: 215-285-6139
Fax:
Email: steven.wilsonate@gmail.com
Website:

Date: 6/19/2020                    Receipt #: 002

## Delivery Information

Description of delivered item(s): Documents

Delivered to: Corporation Service Company    Street Address: 251 Little Fall Drive
City, State, Zip: Wilmington, DE, 19808    Phone:

## Summary of Charge

| Payment Method: | | Delivery Charge | — |
|---|---|---|---|
| ☐ Cash | ☐ Credit (No. ) | Tax Rate | — |
| ☐ Other: | ☐ Check (No. ) | Total Tax | — |
| | | Total Amount Due | PAID |

Comments:

Received by: Yw Yvette Grer
Recipient Signature: Yvette gr
Delivery Person Signature: [signature]