IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN W. WILSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC. et. al,<br><br>　　　　　　Defendant. | CIVIL ACTION NO. 20-189 |

**MEMORANDUM - PROOF OF SERVICE**

　　Pursuant to Rule 4 of the Federal Rules of Civil Procedure, and as ordered by The Court, I hereby certify that on June 19, 2020, Brian Kitchell executed service of summons and complaint to Defendant's registered agent, Corporation Service Company Headquarters located at 251 Little Falls Drive Wilmington, DE, USA 19808. Summons and Complaint were hand delivered and signed for by Corporate Service Company. I further certify that copies of the foregoing were previously served on counsel by U.S. First Class Mail.

**AFFIDAVIT**

　　I, Steven W. Wilson, do hereby certify that the statements and allegations set forth in the foregoing Motion and the accompanying Memorandum are true and accurate to the best of my knowledge and belief.

2

Dated: June 19, 2020

By:_____

Steven W. Wilson
366 E. Gorgas Lane
Philadelphia, PA  19119
Tel: 215-285-6139
steven.wilsonatc@gmail.com

*Plaintiff*