From: **Paven Malhotra** pmalhotra@keker.com
Subject: Wilson v Facebook (E.D. Pa 20-cv-189)
Date: March 24, 2020 at 11:11 PM
To: steven.wilsonatc@gmail.com
Cc: fbxgen-para@keker.com



Mr. Wilson,

I am counsel for Facebook and am writing regarding the case you have pending against Facebook in the Eastern District of Pennsylvania. Case No. 20-cv-189. I understand the Court has ordered you to effectuate proper service on Facebook by June 11. Facebook is willing to waive service and will execute the waiver of service form contained at the following link if you like.
https://www.uscourts.gov/sites/default/files/ao399.pdf
Please let me know if you would like Facebook to waive service.
Regards,
Paven Malhotra

---

**Paven Malhotra**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2238 direct | 415 391 5400 main
pmalhotra@keker.com | vcard | keker.com