STANDARD,SUSPENSE

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:20–cv–00189–GJP

WILSON v. FACEBOOK, INC. ET AL.
Assigned to: HONORABLE GERALD J. PAPPERT
Cause: 28:1332 Diversity–Property Damage

Date Filed: 01/07/2020
Date Terminated: 06/29/2020
Jury Demand: None
Nature of Suit: 380 Personal Property: Other
Jurisdiction: Diversity

**Plaintiff**

**STEVEN W. WILSON**  represented by  **STEVEN W. WILSON**
366 E. GORGAS LANE
PHILADELPHIA, PA 19119
Email: steven.wilsonatc@gmail.com
PRO SE

V.

**Defendant**

**FACEBOOK, INC. ET AL.**  represented by  **MELANIE L. KATSUR**
GIBSON DUNN CRUTCHER LLP
1050 CONNECTICUT AVE NW STE 200
WASHINGTON, DC 20036
202–887–3636
Email: mkatsur@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ORIN SNYDER**
GIBSON, DUNN & CRUTCHER LLP
200 PARK AVENUE
NEW YORK, NY 10166–0193
212–351–4000
Fax: 212–351–4035
Email: osnyder@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THOMAS MCCORMAC**
GIBSON, DUNN & CRUTCHER LLP
1050 CONNECTICUT AVE. NW
WASHINGTON, DC 20036–5306
717–805–5545
Email: TMcCormac@gibsondunn.com
*TERMINATED: 06/18/2020*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/2020 | Ï 1 | |

| | | |
|---|---|---|
| | | COMPLAINT against FACEBOOK, INC. ET AL., filed by STEVEN W. WILSON. (NO FEE PAID; NO IFP FILED)(bw, ) (Entered: 01/13/2020) |
| 01/07/2020 | Ï 2 | PRO SE NOTICE RE:GUIDELINES (bw, ) (Entered: 01/13/2020) |
| 01/07/2020 | Ï | DEMAND for Trial by Jury by STEVEN W. WILSON. (lisad, ) (Entered: 01/13/2020) |
| 02/06/2020 | Ï | 1 Summons Issued as to FACEBOOK, INC. ET AL.. Forwarded To: PRO SE PLAINTIFF on 2/6/2020 as of 1/13/20. (sg, ) Modified on 2/7/2020 (lisad, ). (Entered: 02/06/2020) |
| 03/12/2020 | Ï 3 | NOTICE OF PRAECIPE TO ENTER JUDGMENT BY DEFAULT(RULE 237.5) by STEVEN W. WILSON. (sg, ) (Entered: 03/13/2020) |
| 03/13/2020 | Ï 4 | ORDERED THAT WILSON'S MOTION FOR DEFAULT JUDGMENT (DOC. 3 ) IS DENIED WITHOUT PREJUDICE. IT IS FURTHER ORDERED THAT THE CLERK OF COURT SHALL RE–ISSUE THE SUMMONS AS TO DEFENDANT FACEBOOK. WILSON SHALL RE–SERVE FACEBOOK IN COMPLIANCE WITH F.R.C.P. 4 BY THURSDAY 6/11/2020. SIGNED BY HONORABLE GERALD J. PAPPERT ON 3/13/2020. 3/16/2020 ENTERED AND COPIES MAILED TO PRO SE.(sg, ) (Entered: 03/16/2020) |
| 03/13/2020 | Ï | 1 Summons RE–Issued as to FACEBOOK, INC. ET AL.. Forwarded To: PRO SE PLAINTIFF on 3/16/2020 (sg, ) (Entered: 03/16/2020) |
| 03/26/2020 | Ï 5 | AFFIDAVIT of Service by CERTIFIED MAIL re: served SUMMONS AND COMPLAINT upon FACEBOOK, BY STEVEN WILSON. No envelope included. (Attachments: # 1 EXHIBIT)(sg, ) Modified on 3/27/2020 (lisad, ). (Entered: 03/26/2020) |
| 03/26/2020 | Ï 6 | AMENDED COMPLAINT against FACEBOOK, INC. ET AL., filed by STEVEN W. WILSON. No envelope included. (Attachments: # 1 A1, # 2 A2, # 3 A3, # 4 A4, # 5 A5, # 6 A6, # 7 A7, # 8 A8, # 9 A9, # 10 B, # 11 B1, # 12 B2, # 13 B3, # 14 C, # 15 C1, # 16 C2, # 17 C3, # 18 D, # 19 D1, # 20 D2, # 21 D3, # 22 D4, # 23 E, # 24 E1, # 25 E2, # 26 E3, # 27 E4, # 28 E5, # 29 E6, # 30 E7, # 31 E8, # 32 E9)(sg, ) Modified on 3/27/2020 (lisad, ). (Entered: 03/26/2020) |
| 04/02/2020 | Ï 7 | NOTICE OF POTENTIAL TAG–ALONG ACTION (Attachments: # 1 PART 1, # 2 PART 2, # 3 PART3)(sg, ) (Entered: 04/03/2020) |
| 04/10/2020 | Ï 8 | COPY OF NOTICE OF OPPOSITION TO CTO FILED WITH JPML filed by STEVEN WILSON (Attachments: # 1 schedule, # 2 Exhibit A, # 3 Certificate of Service)(kp, ) (Entered: 04/13/2020) |
| 05/29/2020 | Ï 9 | Summons Returned Unexecuted by STEVEN W. WILSON as to FACEBOOK, INC. ET AL.. (sg, ) (Entered: 05/29/2020) |
| 05/29/2020 | ï 10 | EMAIL dated 5/29/2020 by STEVEN W. WILSON (sg, ) (Entered: 06/01/2020) |
| 06/01/2020 | ï 11 | MEMORANDUM PROOF OF SERVICE by PLAINTIFF re: served SUMMONS AND COMPLAINT upon CORPORATE SERVICE COMPANY by PERSONAL SERVICE on 6/1/2020 (Attachments: # 1 PART 2, # 2 PART 3, # 3 PART 4, # 4 PART 5, # 5 PART 6)(sg, ) Modified on 6/3/2020 (lisad, ). (Entered: 06/02/2020) |
| 06/03/2020 | ï 12 | Request for Clerk's Entry of Default by STEVEN W. WILSON against FACEBOOK, INC. ET AL., Proof of Service. No envelope included. (Attachments: # 1 Proof of Service)(fdc) Modified on 6/4/2020 (lisad, ). (Entered: 06/03/2020) |
| 06/08/2020 | ï 13 | PROOF OF SERVICE (Attachments: # 1 ATTACHMENT 2)(amas, ) (Entered: 06/08/2020) |
| 06/17/2020 | ï 14 | NOTICE of Appearance by THOMAS MCCORMAC on behalf of FACEBOOK, INC. ET AL. with 06/17/2020(MCCORMAC, THOMAS) (Entered: 06/17/2020) |
| 06/17/2020 | ï 15 | |

| | | |
|---|---|---|
| | | Response re 12 Request for Default by FACEBOOK, INC. ET AL.. (Attachments: # 1 Text of Proposed Order) (MCCORMAC, THOMAS) (Entered: 06/17/2020) |
| 06/18/2020 | 16 | NOTICE of Withdrawal of Appearance by THOMAS MCCORMAC on behalf of FACEBOOK, INC. ET AL.(MCCORMAC, THOMAS) (Entered: 06/18/2020) |
| 06/18/2020 | 17 | NOTICE of Appearance by MELANIE L. KATSUR on behalf of FACEBOOK, INC. ET AL. with Certificate of Service(KATSUR, MELANIE) (Entered: 06/18/2020) |
| 06/19/2020 | 18 | EXHIBITS by STEVEN W. WILSON.. (Attachments: # 1 EX A 2, # 2 EX A 3, # 3 EX A 4, # 4 EX A 5, # 5 EX A 6, # 6 EX A 7, # 7 EX A 8, # 8 EX A 9, # 9 EX B 1, # 10 EX B 2, # 11 EX B 3, # 12 EX B, # 13 EX C 1, # 14 EX C 2, # 15 EX C 3, # 16 EX C, # 17 EX D 1, # 18 EX D 2, # 19 EX D 3, # 20 EX D 4, # 21 EX D, # 22 EX E 1, # 23 EX E 2, # 24 EX E 3, # 25 EX E 4, # 26 EX E 5, # 27 EX E 6, # 28 EX E 7, # 29 EX E 8, # 30 EX E 9, # 31 EX E)(amas, ) (Entered: 06/22/2020) |
| 06/19/2020 | 19 | AFFIDAVIT of Service by Steve W. Wilson re: served Summons & Complaint upon Facebook, Inc., Et. Al. by U.S. First Class Mail on 6/19/20 (Attachments: # 1 Proof of Service, # 2 Proof of Service)(fdc, ) (Entered: 06/22/2020) |
| 06/22/2020 | 20 | Affidavit filed by STEVEN W. WILSON. (mbh, ) (Entered: 06/22/2020) |
| 06/26/2020 | 21 | PRO SE REPLY TO FACEBOOK, INC. PROPOSED ORDER (DOC 15 ) by STEVEN W. WILSON. EXHIBITS. (Attachments: # 1 EXHIBIT, # 2 EXHIBIT) (sg, ) (Entered: 06/26/2020) |
| 06/29/2020 | 22 | ORDER THAT THE CLERK OF COURT MARK THIS ACTION CLOSED FOR STATISTICAL PURPOSES AND PLACE THE MATTER IN THE CIVIL SUSPENSE FILE.. SIGNED BY HONORABLE GERALD J. PAPPERT ON 6/29/20. 6/29/20 ENTERED AND E–MAILED.(JL ) (Entered: 06/29/2020) |
| 08/07/2020 | 23 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDERED THAT THE ACTION LISTED ON SCHEDULE A IS TRANSFERRED TO THE NORTHERN DISTRICT OF CALIFORNIA AND, WITH THE CONSENT OF THAT COURT, ASSIGNED TO THE HONORABLE VINCE CHHABRIA FOR INCLUSION IN THE COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS. (jaa, ) (Entered: 08/10/2020) |