**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: FACEBOOK, INC. CONSUMER
PRIVACY USER PROFILE LITIGATION

**CIVIL ACTION NO.**
**3:20-cv-5567-VC**

This document relates to:

ALL ACTIONS

***Wilson v. Facebook, Inc., et al.,***
E.D. Pennsylvania, No. 2:20-cv-00189-GJP

**MEMORANDUM OF PRO SE PLAINTIFF**

Pro Se Plaintiff Steven W. Wilson is contacting the Court to clarify a few questions raised

during the September 4th, 2020 Discovery Hearing. Plaintiff's case was filed with this Court on

September 12, 2020 after being transferred from the Eastern District of Pennsylvania.

Plaintiff is requesting from the Court guidance as to the documents specifically requested

for production as well as actions and communications with the Court. Steven W. Wilson

considers the September 4th, 2020 discovery hearing to be counted as the Fed. Rule. Civ. P. 26(f)

Conference of the Parties as well as Civil Local Rule 16-10 Case Management Conference. If

this is incorrect would the Court kindly clarify what stage the Plaintiff's case is at.

*1. Attorneys for Plaintiff*

The civil docket for case **3:18-md-02843-VC** list attorneys for plaintiffs as David Ko,

Derek Loeser, Lesley Weaver, Angelica Ornelas, Matt Montgomery, Cari Laufenberg, and Anne

Davis. Steven W. Wilson has not been contacted by or spoken to any of these individuals, so it is

concerning to hear that this group of *Plaintiff's Consolidated Counsel* is producing documents

for their clients, whom Steven W. Wilson is not. It is understood that the MDL case is much

larger and started before **3:20-cv-5567-VC** was filed. Hence, at what stage does that leave

Wilson's case? Steven. W. Wilson has never entered an agreement nor been contacted by any of

the members of the Plaintiff's Co-Counsel. Does the Court require Wilson to produce agreed

upon documents for production and meet joint status update deadlines?

### 2. Class Action Certification

How does the Class Action Certification effect a Pro Se plaintiff and what does it have to

do with Wilson v. Facebook, Inc. et. al?

### 3. Correspondence from the Court

Due to COVID-19, it understood that most, if not, all of the Court staff may be working

from home. Will the Plaintiff be receiving correspondence from the Court in relation to

deadlines, meetings, etc. for **3:20-cv-5567-VC**? Wilson consistently and efficiently receives

electronic correspondence from the Court's ECF system. So far updates have only been received

in relation to **MDL No. 2843**. Wilson would like to proceed with initial discovery but is

concerned about violating Rule 26 Fed. R. Civ. P. Any clarification in the matter would be

greatly appreciated. Thank you for your time.

3

Respectfully submitted,

Dated:    September 4, 2020


By:*Steven W. Wilson*

Steven W. Wilson
366 E. Gorgas Lane
Philadelphia, PA,  19119
Tel: 215-285-6139
steven.wilsonatc@gmail.com

*Plaintiff*

4

## CERTIFICATE OF SERVICE

I, Steven W. Wilson, hereby certify that on the September, 4th 2020, I electronically filed

the foregoing with the Clerk of the United States District Court for the Northern District of

California using the CM/ECF system, which shall send electronic notification to all counsel of

record.

By: _*Steven W. Wilson*_

Steven W. Wilson