UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: FACEBOOK, INC. CONSUMER
PRIVACY USER PROFILE LITIGATION

CIVIL ACTION NO.
3:20-cv-5567-VC

This document relates to:

MDL No. 2843

*Wilson v. Facebook, Inc., et al.,*
E.D. Pennsylvania, No. 2:20-cv-00189-GJP

FILED
SEP 04 2020
SUSAN Y. SOO[?]
CLERK, U.S. DISTRICT [COURT]
NORTHERN DISTRICT OF CALIFORNIA

## MOTION REQUESTING PRO SE PERMISSION TO BECOME AN ECF USER

Pursuant to Cal. Civ. Local Rule 5.1(b), Plaintiff Steven W. Wilson hereby formally requests permission of the Court to register as an ECF user.

Respectfully submitted,

Dated: September 1, 2020

By: *Steven W. Wilson*

Steven W. Wilson
366 E. Gorgas Lane
Philadelphia, PA, 19119
Tel: 215-285-6139
steven.wilsonatc@gmail.com
*Plaintiff*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN W. WILSON,<br><br>        Plaintiff,<br><br>v.<br><br><br>FACEBOOK, INC. et. al,<br><br>        Defendant. | CIVIL ACTION NO.<br>3:20-cv-5567-VC |

## CERTIFICATE OF SERVICE

I, Steven W. Wilson, hereby certify that on the 1st day of September, 2020, I caused a true and correct copy of PRO SE PLAINTIFFS REQUEST FOR PERMISSION TO REGISTER AS AN ECF USER to be served via electronic and U.S. First Class Mail upon the following:

Susan Y. Soong
Northern District of California
United States District Court
Phillip Burton Federal Building
450 Golden Gate Avenue, Box 36060
San Francisco, CA, 94102
ECFHELPDESK@cand.uscourts.gov

3

Respectfully submitted,

Dated: September 1, 2020

By: *Steven W. Wilson*

Steven W. Wilson
366 E. Gorgas Lane
Philadelphia, PA, 19119
Tel: 215-285-6139
steven.wilsonatc@gmail.com
*Plaintiff*