From:
L. Wilson
306 E. Gorgas Ln.
Phila, PA, 19119

PHILADELPHIA PA 190

01 SEP 2020 PM 10 L

Clerk of the Court
Phillip Burton Fed. Building
450 Golden Gate Ave.
Box 36060
San Francisco, CA, 94102

RECEIVED
SEP 04 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

94102–343210


