UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN W. WILSON,<br><br>       Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC.,<br><br>       Defendant. | Case No.  20-cv-05567-VC<br><br>**ORDER RE MEMO OF PRO SE PLAINTIFF FOR CLARIFICATION**<br><br>Re: Dkt. No. 25 |

The Court is in receipt of a series of questions from pro se litigant Steven W. Wilson regarding the discovery process in *In re Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 3:18-md-02843-VC. As an initial matter, lead counsel for the plaintiffs in the MDL litigation are instructed to contact Mr. Wilson within 14 days of this order to assist him with any questions. In the event that Court action is needed following that conversation, the parties may request a status conference.

    **IT IS SO ORDERED.**

Dated: September 11, 2020

VINCE CHHABRIA
United States District Judge